UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Alvaro MORALES | ) | |
|      Petitioner | ) | |
|      Pro-Se | ) | |
| | ) | |
| vs | ) | No. 90-520-CR-KING(s) |
| | ) | |
| United States of America | ) | |
|      Respondent | ) | |

# 04-40172

### AFFIDAVIT AND OATH IN
### FORMA PAUPERIS TO PROCEED
### BEFORE THE COURT
### WITHOUT COST OR FEES

Alvaro MORALES, presently at bench in a motion for relief, pursuant to "extraordinary medical conditions" as found at 18 U.S. S.G. 5H1.4, moves this Court for permission to proceed as a pauper for the following reasons.

-A-

### JURISDICTION

The Court is vested with the authority to hear this request, pursuant to Title 28 USC 1915(a).

-B-

### REASONS TO GRANT PAUPERIS

1. Petitioner is currently in prison, unemployed and without anyone to advance him the filing fees.

2. Petitioner has no checking or savings account, nor does he currently derive aid funds from a pension.

3. Petitioner does not solely or jointly own any real estate, or other property of value.

4.    Petitioner does not own a motor vehicle or other mode of
      transportation, be it land,air, or watercraft.

5.    Petitioner has no civil actions at law pending in any Court,
      be it State or Federal, where he can expect to be awarded
      any sums of monies.

      **WHEREFORE**, for all of the aforementioned reasons, your Petitioner
prays this Court to permit him to proceed without cost or fees.

                              Respectfully Submitted,


                              Alvaro MORALES

## UNSWORN VERIFICATION

I, **Alvaro MORALES**, subject to <u>18 USC 1746</u>, do depose that all
of the information contained in the foregoing motion is true and
correct to the best of my knowledge, information and belief.

Respectfully Submitted,

Alvaro MORALES
Reg. No. 42152-004
FMC Devens
P.O. Box 879
Ayer, MA  01432