UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>ALVARO MORALES</u>,

                Petitioner,

    v.                              Civil Action No.  04-40172-NMG

<u>U.S.A.</u>,

                Respondent.

ORDER ON APPLICATION TO
<u>PROCEED WITHOUT PREPAYMENT OF FEES</u>

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒      GRANTED.

G      DENIED for the following reason(s):

SO ORDERED.

<u>10/7/04</u>                <u>s/ Nathaniel M. Gorton</u>
DATE                  UNITED STATES DISTRICT JUDGE