UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ALVARO MORALES,
          Petitioner,

v.

U.S.A.,
          Respondent.

CIVIL ACTION

04-40172-NMG

O R D E R

On August 26, 2004, petitioner Alvaro Morales, filed a petition for a writ of habeas corpus under Section 2241.

ACCORDINGLY, it is hereby ordered that:

(1) The Clerk of this Court shall serve a copy of the Petition, by certified mail, upon (a) David L. Winn, Warden, Federal Medical Center, P.O. Box. 880, Ayer, MA 01432; and (b) the United States Attorney;  AND

(2) The Respondent shall, within 28 days of receipt of this Order, file an answer or other responsive pleading.

SO ORDERED.

 10/7/04                          s/ Nathaniel M. Gorton
Date                             United States District Judge

(2241servINS.wpd - 09/00)                                                       [2241serv.]