UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ALVARO MORALES | ) | |
| Petitioner, | ) ) ) | |
| | ) | CIVIL ACTION |
| v. | ) | NO. 04-40172-NMG |
| UNITED STATES OF AMERICA, | ) ) ) | |
| Respondent. | ) ) | |

**NOTICE OF APPEARANCE**

Please enter my appearance as counsel for the respondent in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:  /s/ Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way - Suite 9200
Boston, MA 02210
(617) 748-3282

CERTIFICATE OF SERVICE

I certify that on this day I served the above Notice by mailing a copy of same, postage prepaid, first class mail upon pro se Petitioner, Alvaro Morales, 42152-004, FMC Devens, P. O. Box 879, Ayer, MA 01432

/s/ Anita Johnson
ANITA JOHNSON

Dated:11/09/04