UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2005 NOV 11  A 4: 17

ALVARO MORALES,
      Petitioner,

v.                             Civ. No. 04-40172-NMG

UNITED STATES OF AMERICA,
      Respondent.

## GOVERNMENT'S MOTION TO DISMISS PETITION

For the reasons set forth in the accompanying memorandum, the respondent requests that this Court dismiss the Petition because the Court lacks jurisdiction to consider Petitioner's claim and because Petitioner has failed to show that the Bureau of Prisons was arbitrary and capricious.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

_/s/ Anita Johnson_
ANITA JOHNSON
Assistant U.S. Attorney
Moakley United States Courthouse, Ste. 9200
One Courthouse Way
Boston, Mass. 02210
(617)748-3100

Certificate of Service

I hereby certify that I have served the foregoing upon Petitioner at FMC-Devens,

P.O. Box 879, Ayer, Mass. 01432, by first class mail, postage prepaid, on this 10th day of November, 2004.

_____