```
REGNO..: 42152-004 NAME: MORALES, ALVARO
COMP NO: 010          ALL CURR COMPS(Y/N): Y   ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000   FAX: 978-796-1118
                                              RACE/SEX...: WHITE / MALE
FBI NUMBER.: 76021MA6                         DOB/AGE....: 01-05-1937 / 67
PROJ REL MT: GOOD CONDUCT TIME RELEASE        PAR ELIG DT: N/A
PROJ REL DT: 11-04-2011                       PAR HEAR DT:
-------------------------------- ADMIT/RELEASE HISTORY -----------------------
FCL    ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP  DATE/TIME
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 08-20-2004 1222 CURRENT
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 08-20-2004 0953 08-20-2004 1222
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 01-16-2004 1108 08-20-2004 0953
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 01-16-2004 0922 01-16-2004 1108
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 11-19-2003 1253 01-16-2004 0922
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 11-19-2003 0759 11-19-2003 1253
DEV    A-DES      DESIGNATED, AT ASSIGNED FACIL 07-16-2003 1114 11-19-2003 0759
DEV    LOCAL HOSP ESC TRIP TO LOCAL HOSP W/RETN 07-16-2003 0922 07-16-2003 1114

G0002        MORE PAGES TO FOLLOW . . .
```

```
REGNO..: 42152-004  NAME: MORALES, ALVARO
COMP NO: 010            ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS            RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                        PHONE..: 978-796-1000     FAX: 978-796-1118
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     04-16-2003 1411 07-16-2003 0922
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     04-16-2003 1142 04-16-2003 1411
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     01-31-2003 1219 04-16-2003 1142
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     01-29-2003 0542 01-31-2003 1219
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     12-27-2002 1925 01-29-2003 0542
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     12-27-2002 1043 12-27-2002 1925
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     10-22-2002 1646 12-27-2002 1043
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     10-22-2002 1251 10-22-2002 1646
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     10-10-2002 1040 10-22-2002 1251
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     10-10-2002 0709 10-10-2002 1040
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     08-26-2002 1624 10-10-2002 0709
DEV     LOCAL HOSP      ESC TRIP TO LOCAL HOSP W/RETN     08-26-2002 1243 08-26-2002 1624
DEV     A-DES           DESIGNATED, AT ASSIGNED FACIL     08-12-2002 1504 08-26-2002 1243


G0002           MORE PAGES TO FOLLOW . . .
```

```
                           PUBLIC INFORMATION
                              INMATE DATA
                            AS OF 10-20-2004
```

REGNO..: 42152-004 NAME: MORALES, ALVARO
COMP NO: 010           ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS           RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                       PHONE..: 978-796-1000    FAX: 978-796-1118
PRE-RELEASE PREPARATION DATE: 05-04-2011

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
THE INMATE IS PROJECTED FOR RELEASE:  11-04-2011 VIA GCT REL

------------------------CURRENT JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION............: FLORIDA, SOUTHERN DISTRICT
DOCKET NUMBER....................: 90-520-CR-KING (4)
JUDGE............................: KING
DATE SENTENCED/PROBATION IMPOSED: 06-07-1991
DATE COMMITTED...................: 07-10-1991
HOW COMMITTED....................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED................: NO

G0002         MORE PAGES TO FOLLOW . . .

REGNO..: 42152-004 NAME: MORALES, ALVARO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000     FAX: 978-796-1118

                       FELONY ASSESS   MISDMNR ASSESS    FINES          COSTS
NON-COMMITTED.:        $50.00          $00.00            $00.00         $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO          AMOUNT:   $00.00

--------------------------CURRENT OBLIGATION NO: 010 ----------------------------
OFFENSE CODE....: 391
OFF/CHG: CONSPIRACY TO POSSESS W/I/T DISTRIBUTE COCAINE.
         VIOL: 21:846

 SENTENCE PROCEDURE.............: 3559 SRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    292 MONTHS


G0002        MORE PAGES TO FOLLOW . . .

REGNO..: 42152-004 NAME: MORALES, ALVARO
COMP NO: 010          ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS          RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                      PHONE..: 978-796-1000   FAX: 978-796-1118
 TERM OF SUPERVISION.............:     5 YEARS
 CLASS OF OFFENSE................: CLASS A FELONY
 DATE OF OFFENSE.................: 08-23-1990

------------------------------CURRENT COMPUTATION NO: 010 ---------------------------

COMPUTATION 010 WAS LAST UPDATED ON 10-22-1998 AT FTD AUTOMATICALLY

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 010: 010 010

DATE COMPUTATION BEGAN..........: 06-07-1991
TOTAL TERM IN EFFECT............:   292 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:    24 YEARS        4 MONTHS

G0002       MORE PAGES TO FOLLOW . . .

```
REGNO..: 42152-004  NAME: MORALES, ALVARO
COMP NO: 010         ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS         RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                     PHONE..: 978-796-1000   FAX: 978-796-1118
EARLIEST DATE OF OFFENSE........: 08-23-1990

JAIL CREDIT......................:   FROM DATE     THRU DATE
                                     08-23-1990    06-06-1991

TOTAL PRIOR CREDIT TIME.........: 288
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1144
TOTAL GCT EARNED................: 756
STATUTORY RELEASE DATE PROJECTED: 11-04-2011
SIX MONTH /10% DATE.............: N/A
EXPIRATION FULL TERM DATE.......: 12-22-2014


G0002      MORE PAGES TO FOLLOW . . .
```

REGNO..: 42152-004 NAME: MORALES, ALVARO
COMP NO: 010        ALL CURR COMPS(Y/N): Y    ALL PRIOR COMPS(Y/N): Y
FUNC...: DIS        RESP OF: DEV / DESIGNATED, AT ASSIGNED FACIL
                    PHONE..: 978-796-1000    FAX: 978-796-1118
PROJECTED SATISFACTION DATE.....: 11-04-2011
PROJECTED SATISFACTION METHOD...: GCT REL




S0055          NO PRIOR SENTENCE DATA EXISTS FOR THIS INMATE