February 13, 2003

Alvaro Morales
#42152-004
F.M.C. Devens

Mr. Eric Klienshmidt
Social Worker
Clinic

Dear Mr. Klienshmidt:

I am writing in the hope that I may be considered for a compassionate release due to my current health problems.

I was diagnosed with colon cancer by the medical staff at Fort Dix and transferred to this facility for treatment in May of 2002. Through proper attention by the staff here I was quickly operated on by August of the same year.

All seemed to be well, until a couple of months after, when I started having heart problems. Now I am told my heart is enlarged causing a weakening of the valves. At the moment, my heart valves are only working at 40% and my condition is worsening. It is so bad on some days that I'm too weak to get out of bed.

There is no cure for this and my only hope is a heart transplant which I understand is against B.O.P. policy.

I have been incarcerated since August 1990 and not due for release until March 2011. Throughout my incarceration I have remained incident free. It is my hope that my age (I am 66 years old), my clear conduct and most importantly my failing health will impart to you the secure knowledge that I am no longer a threat to the community.

It is my fear that I'm not too much longer on this earth and hope that through your compassion I will be able to spend my remaining days with my family and loved ones.

Sincerely yours,

Alvaro Morales