

U.S. Department of Justice

Federal Bureau of Prisons

*Northeast Regional Office*

*U.S. Custom House*
*2nd & Chestnut Streets - 7th Floor*
*Philadelphia, PA. 19106*

May 6, 2004

Alvaro Morales
Reg. No. 42152-004
P.O. Box 880
Ayer, Massachusetts 01432

Re: **Request for Compassionate Release**

Dear Mr. Morales:

This office is in receipt of your request for Compassionate Release based on your medical condition.

A review of your request and pertinent documents reveal that due to the nature of your prior criminal history, it is possible that you may continue criminal activity if released. Furthermore, there is no definite prognosis regarding your medical condition. Therefore, your request is denied.

If you wish to appeal this decision, you may do so through the Administrative Remedy Procedure by filing an administrative remedy directly with the Northeast Regional Office.

Sincerely,

D. Scott Dodrill
Regional Director

cc: David L. Winn, Warden, FMC Devens