```
   DEVBS                     ADMINISTRATIVE REMEDY GENERALIZED RETRIEVAL       12-25-2004
  PAGE 001                                                                     10:00:31
            FUNCTION: LST   SCOPE: REG     EQ 42152-004       OUTPUT FORMAT: SAN
       -------LIMITED TO SUBMISSIONS WHICH MATCH ALL LIMITATIONS KEYED BELOW----------
  DT RCV: FROM _____      THRU _____       DT STS: FROM _____     THRU _____
  DT STS: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT RDU
  DT TDU: FROM ____ TO ____ DAYS BEFORE "OR" FROM ____ TO ____ DAYS AFTER DT TRT
  STS/REAS: ____ ____ ____ ____ ____ ____ ____ ____ ____ ____
  SUBJECTS: ____ ____ ____ ____ ____ ____
  EXTENDED: __  REMEDY LEVEL: _ _              RECEIPT: _ _ _   "OR" EXTENSION: _ _ _
  RCV  OFC : EQ _____   _____   _____   _____   _____   _____
  TRACK: DEPT:  _____   _____   _____   _____   _____   _____
        PERSON:  ___    ___    ___    ___    ___    ___
          TYPE:  _      _      _      _      _      _
  EVNT FACL: EQ _____   _____   _____   _____   _____   _____
  RCV FACL.: EQ _____   _____   _____   _____   _____   _____
  RCV UN/LC: EQ _____   _____   _____   _____   _____   _____
  RCV QTR..: EQ _____   _____   _____   _____   _____   _____
  ORIG FACL: EQ _____   _____   _____   _____   _____   _____
  ORG UN/LC: EQ _____   _____   _____   _____   _____   _____
  ORIG QTR.: EQ _____   _____   _____   _____   _____   _____


  G0002         MORE PAGES TO FOLLOW . . .
```

```
  REMEDY-ID      SUBJ1/SUBJ2   ------------------------ABSTRACT------------------------
                 RCV-OFC       RCV-FACL       DATE-RCV            STATUS      STATUS-DATE

  338580-R1      13GM/         REQUEST FOR COPASSIONATE RELEASE
                 NER           DEV            06-04-2004          REJ         06-18-2004

  338580-R2      13GM/         REQUEST FOR COPASSIONATE RELEASE
                 NER           DEV            07-02-2004          REJ         07-07-2004

  341399-F1      13GM/
                 DEV           DEV            07-02-2004          REJ         07-08-2004

  338580-R3      13GM/         REQUEST FOR COMPASSIONATE RELEASE
                 NER           DEV            07-19-2004          CLD         08-17-2004



                              4 REMEDY SUBMISSION(S) SELECTED
  G0000                  TRANSACTION SUCCESSFULLY COMPLETED
```