UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
IN CLERKS OFFICE

2005 FEB -4  P 2:53

No: 4:04-cv-40172
U.S. DISTRICT COURT
DISTRICT OF MASS

ALVARO MORALES,
    Petitioner
    Pro-se

vs.

UNITED STATES OF AMERICA,
    Respondent

## NOTICE OF APPEAL

Alvaro Morales, Petitioner hereby appeals to the United States District Court for the First Circuit from the Order entered by this Court on January 27, 2005.

Respectfully

Alvaro Morales
Reg.No: 42152-004
FMC Devens
P.O. Box 879
Ayer, Ma., 01432

## STATEMENT OF MATTERS COMPLAINED OF

Petitioner, Alvaro Morales, upon appeal to the first circuit Court of appeals will complain of the below listed issues.

1. Petitioner is entitled to relief by the United States Court of Appeals.

2. The Court has the jurisdiction to permit him absence from Prison due to terminal medical conditions.

## CERTIFICATE OF SERVICE

I, Alvaro Morales do state and affimr that I have, this ___ day of __Feb__, 200_5_, served a true copy of my Notice of Appeal on the persons below listed.

```
United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston Ma., 02210

Office of the United States Attorney
District of Boston
United States Courthouse
1 Courthouse Way
Boston, Ma., 02210
```

**SERVICE MADE BY FIRST CLASS MAIL:**

Respectfully

Alvaro Morales
Reg.No: 42152-004
FMC Devens
P.O. Box 879
Ayer, Ma. 01432