UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 04-cv-40172

Alvaro Morales

v.

United States of America

### CLERK'S CERTIFICATE

I, Tony Anastas, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) I are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 2/4/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 8, 2005.

Tony Anastas, Clerk of Court

By: /s/ Jeanette Ramos
Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 2/8/05 .

/s/ Barclay
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

[cv: apprec.] [cr: kapprec.]

APPEAL, HABEAS

# United States District Court
## District of Massachusetts (Worcester)
## CIVIL DOCKET FOR CASE #: 4:04-cv-40172-NMG

| | |
|---|---|
| Morales v. United States of America<br>Assigned to: Judge Nathaniel M. Gorton<br>Cause: 28:2241 Petition for Writ of Habeas Corpus (federa | Date Filed: 08/26/2004<br>Jury Demand: None<br>Nature of Suit: 530 Habeas Corpus (General)<br>Jurisdiction: Federal Question |

**Petitioner**

**Alvaro Morales**          represented by  **Alvaro Morales**
                                            42152-004
                                            FMC Devens
                                            PO Box 879
                                            Ayer, MA 01432
                                            *PRO SE*

V.

**Respondent**

**United States of America**    represented by  **Anita Johnson**
                                                United States Attorney's Office
                                                1 Courthouse Way
                                                Suite 9200
                                                Boston, MA 02210
                                                617-748-3100
                                                Email: anita.johnson@usdoj.gov
                                                *ATTORNEY TO BE NOTICED*


| Date Filed | # | Docket Text |
|---|---|---|
| 08/26/2004 | 1 | PETITION for Writ of Habeas Corpus $ 0.0, receipt number NA, filed by Alvaro Morales.(Hassett, Kathy) (Entered: 08/27/2004) |
| 08/26/2004 | 2 | MOTION for Leave to Proceed in forma pauperis by Alvaro Morales.(Weissman, Linn) Additional attachment(s) added on 10/13/2004 (Jenness, Susan). (Entered: 10/08/2004) |
| 08/26/2004 | 3 | MOTION and Request for Funds to Provide Expert Medical Testimony by Alvaro Morales.(Weissman, Linn) Additional attachment(s) added on 10/13/2004 (Jenness, Susan). (Entered: 10/08/2004) |
| 10/07/2004 | 4 | Judge Nathaniel M. Gorton :ORDER entered granting 2 Motion for Leave to Proceed in forma pauperis. cc/cl (Weissman, Linn) (Entered: 10/08/2004) |
| 10/07/2004 | 5 | Judge Nathaniel M. Gorton : SERVICE ORDER entered re: 2241 Petition. Answer/responsive pleading due w/in 28 days of rcpt of this order.cc/cl(Weissman, Linn) (Entered: 10/08/2004) |
| 10/15/2004 |  | Return receipt received for mail sent to Mr. Michael J. Sullivan Delivered on 10/12/04 (Barrette, Mark) (Entered: 10/19/2004) |
| 10/21/2004 |  | Return receipt received for mail sent to Mr David L. Winn, Warden Delivered on 10/12/04 (Barrette, Mark) (Entered: 10/21/2004) |
| 11/09/2004 | 6 | NOTICE of Appearance by Anita Johnson on behalf of United States of America (Johnson, Anita) (Entered: 11/09/2004) |
| 11/11/2004 | 7 | MOTION to Dismiss by United States of America. (Attachments: # 1 Exhibit 1# 2 Exhibit A# 3 Exhibit B# 4 Exhibit C# 5 Exhibit D# 6 Exhibit E# 7 Exhibit F)(Barrette, Mark) (Entered: 11/15/2004) |


| 11/11/2004 | 8 | MEMORANDUM in Support re 7 MOTION to Dismiss filed by United States of America. (Barrette, Mark) (Entered: 11/15/2004) |
| --- | --- | --- |
| 11/30/2004 | 9 | Response to Government's Response to Petition and Memorandum in Support of Motion to Dismiss by Alvaro Morales. (Barrette, Mark) (Entered: 12/03/2004) |
| 01/27/2005 | 10 | Judge Nathaniel M. Gorton : ORDER entered MEMORANDUM & ORDERdenying 3 Motion, granting 7 Motion to Dismiss cc/cl (Barrette, Mark) (Entered: 01/27/2005) |
| 02/04/2005 | 11 | NOTICE OF APPEAL as to 10 Order on Motion for Miscellaneous Relief, Order on Motion to Dismiss by Alvaro Morales. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/24/2005. (Barrette, Mark) (Entered: 02/07/2005) |